IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| EVONNE BRYANT, *et al.*, <br>     Plaintiffs, <br> <br>     v. <br> <br> CITY OF NORFOLK, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> )     Civil Action No. 2:20CV26 (RCY) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

This matter is before the Court on Defendant City of Norfolk's Motion to Dismiss and for Jurisdictional Discovery (ECF No. 53), Defendants Benjamin S. Carson's and the United States Department of Housing & Urban Development's Motion to Dismiss Under Rule 12(b)(1) (ECF No. 56), and Plaintiffs' Motion for a Preliminary Injunction Enjoining Defendants From Furthering the Demolition of Tidewater Gardens and Implementing the Redevelopment Plan (ECF No. 59). Each of these motions was filed between March and April of 2020, at the outset of the COVID-19 pandemic in the United States. Before responses to any of these motions were filed, the parties requested that the Court suspend the period for responses to and consideration of each motion for 180 days. (ECF No. 68.) On April 21, 2020, the Court granted the parties' motion and incorporated their agreed stipulation. (ECF No. 69.) The agreed stipulation provided in part:

> 1. **Pending Motions:** . . . After the conclusion of the 180-day period, the Plaintiffs may renew their motion for preliminary injunction and Defendants shall have fourteen days to respond and the Plaintiffs ten days to reply. Similarly, the City and HUD may renew their motions to dismiss, with Plaintiffs having fourteen days to respond and the City and HUD ten days to reply.

(ECF No. 68, Ex. A.)

The 180-day stay expired October 18, 2020. None of the above motions were renewed. In order to facilitate prompt consideration of this action and to clarify issues therein, the Court

ORDERS that ECF Nos. 53, 56, and 59 are DENIED WITHOUT PREJUDICE. Thereafter, the parties may file or renew any appropriate motions.

Additionally, the parties are DIRECTED to contact the undersigned's Courtroom Deputy to schedule a status conference in this matter, to be conducted via videoconference.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

Richmond, Virginia
Date: February 26, 2021

/s/ _____
Roderick C. Young
United States District Judge