IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| EVONNE BRYANT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CITY OF NORFOLK, *et al.*, ) | Civil Action No. 2:20-cv-00026 |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

### ANSWER OF EXECUTIVE DIRECTOR RONALD JACKSON
### TO AMENDED COMPLAINT

COMES NOW Defendant Ronald Jackson ("Mr. Jackson"), Executive Director of Norfolk Redevelopment and Housing Authority ("NRHA"), both in his individual and official capacity, by and through undersigned counsel, answers the Amended Complaint (ECF # 128) filed by Evonne Bryant, Sylvia Givens, Brandon Spratley, Conswayla Simmons, Residents of St. Paul's Quadrant Tenant Group, and New Virginia Majority (the "Plaintiffs") as follows:

### ANSWER TO ALLEGATIONS

1. For Mr. Jackson's answers to paragraphs 1 through 180 of the Amended Complaint, Mr. Jackson incorporates by reference and adopts the responses of NRHA in NRHA's Answer to the Amended Complaint (ECF # 138) (hereafter "NRHA's Answer to Amended Complaint").

### AFFIRMATIVE DEFENSES

1. Mr. Jackson has qualified immunity from individual liability for any of the actions alleged to have been taken by him in the Amended Complaint.

2. Any claims arising out of actions alleged to have been taken by Mr. Jackson in his official capacity in the Amended Complaint are redundant to the extent these same claims are asserted against NRHA, and should be dismissed as duplicative.

3. The Amended Complaint fails to state a claim against Mr. Jackson for which relief may be granted.

4. The Plaintiffs have not suffered any losses or damages as a result of any conduct by Mr. Jackson; further, such losses or damages (if any) were *de minimis*, insubstantial, or so speculative as to be not cognizable as a matter of law.

5. Mr. Jackson reserves the right to supplement this Answer and his Affirmative Defenses after discovery has been conducted.

**WHEREFORE**, Defendant Ronald Jackson prays that this Honorable Court dismiss the Amended Complaint and grant such other and further relief that this Honorable Court deems appropriate.

Dated:  March 29, 2021                                    Respectfully submitted,

 /s/_____
Delphine G. Carnes (VA Bar #48661)
Delphine Carnes Law Group, PLC
101 W. Main Street, Suite 440
Norfolk, VA 23510
Phone:  757-447-3439
Facsimile: 757-785-5901
Email: dcarnes@delphinecarneslaw.com

**RENO & CAVANAUGH, PLLC**

Joseph R. Prochaska (TN BPR #12760)
(admitted *pro hac vice*)
Iyen Abdon Acosta (DC #1021060)
(admitted *pro hac vice*)
424 Church Street, Suite 2910
Nashville, TN 37219

Phone:  (629) 255-0208
Facsimile: (629) 255-0209
Email:  jprochaska@renocavanaugh.com
            iacosta@renocavanaugh.com


Attorneys for Ronald Jackson, Executive Director of Norfolk Redevelopment and Housing Authority, both in his individual and official capacity

## CERTIFICATE OF SERVICE

I hereby certify that, on this 29th day of March, 2021, a true and genuine copy of the foregoing document was sent via electronic mail by the Court's CM/ECF system to all counsel of record.

      /s/
Delphine G. Carnes (VA Bar #48661)
Delphine Carnes Law Group, PLC
101 W. Main Street, Suite 440
Norfolk, VA 23510
Phone:  757-447-3439
Facsimile: 757-785-5901
Email: dcarnes@delphinecarneslaw.com

Attorney for Defendant Norfolk
Redevelopment and Housing Authority