## UNITED STATES DISTRICT COURT
### for the Eastern District of Virginia
### Norfolk Division

EVONNE BRYANT, et al,
     Plaintiffs,

v.                                                                            Case No. 2:20-cv-00026

CITY OF NORFOLK, et al,
     Defendants.

### CITY'S MEMORANDUM IN OPPOSITION TO
### MOTION FOR LEAVE TO FILE CONSOLIDATED REPLY BRIEF

Defendant City of Norfolk (the "City") opposes Plaintiffs' attempt to file a "consolidated" reply brief because it amounts to an end run around the page limits imposed by the rules.  Plaintiffs have chosen to sue three separate Defendants, and sought injunctive relief against all three.  As each Defendant is represented by separate counsel, they filed separate response briefs opposing injunctive relief which meant that each Defendant had to include all arguments within the 30 page limit imposed by the rules.  In other words, the Defendants were given 30 pages to respond to the Plaintiffs' 30 page brief. Now the Plaintiffs asked for *40 pages* to reply to the arguments the Defendants were forced to make in their thirty page response, giving the Plaintiffs a total of *70 pages* to make their argument.

This court enforces its page limits vigorously.  Plaintiffs are trying an end run around those page limits.  In the face of this obvious prejudice to the Defendants, Plaintiffs only reply is that Defendants should have been clever enough to ask the court to allow for a consolidated brief as well. The argument is frivolous.  Defendants cannot possibly be criticized for following the rules as opposed to asking the court for a deviation.  Moreover, unlike the Plaintiffs who are represented collectively, each Defendant is represented separately such that the Defendants have the right to make their respective arguments independent of one another notwithstanding that all

1

I-1792810.1

Defendants had to make some of the same arguments.  The rules give the Plaintiffs 20 pages to respond to the City's arguments and they should be limited to those 20 pages.  Giving the Plaintiffs twice the pages allowed under the rules to respond to those arguments creates an unfair advantage.

Finally, if Plaintiffs intended to make this end run around the rules over Defendants' objection and argue that the Defendants could have made the same request, Plaintiffs should have raised this issue when they filed their motion for injunctive relief so that the court could consider an appropriate briefing schedule that would meet the needs of all parties.  Plaintiffs did not do this but waited until yesterday afternoon to seek Defendants' consent, and the day the brief is due to file their motion.[1]

Because granting Plaintiffs' request comes on the eve of a deadline twice extended and because granting the request would prejudice the Defendants, the City opposes the Plaintiffs' motion for leave to consolidate their reply briefs effectively doubling the number of pages allowed under the rules.

Dated:  June 25, 2021

Respectfully submitted,

CITY OF NORFOLK

By_____/s/_____

Gary A. Bryant (VSB No. 27558)
Brett A. Spain (VSB No. 44567)
Bethany J. Fogerty (VSB No. 94753)
COUNSEL FOR CITY OF NORFOLK
Willcox & Savage, PC
440 Monticello Ave., Ste. 2200
Norfolk, Virginia 23510
(757) 628-5500 Telephone
(757) 628-5566 Facsimile

---

[1] Defendants filed their response briefs on June 1, 2021.  Normally Plaintiffs' reply would be due in six days.  Defendants agreed to accommodate Plaintiffs' request for two separate extensions giving the Plaintiffs a total of 25 days to prepare and file their reply, and yet they make the request for consolidation on the day the brief is due.  This delay alone justifies denying the motion.

I-1792810.1

gbryant@wilsav.com
bspain@wilsav.com
bfogerty@wilsav.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

By _____/s/_____

Gary A. Bryant (VSB No. 27558)
Brett A. Spain (VSB No. 44567)
Bethany J. Fogerty (VSB No. 94753)
COUNSEL FOR CITY OF NORFOLK
Willcox & Savage, PC
440 Monticello Ave., Ste. 2200
Norfolk, Virginia 23510
(757) 628-5500 Telephone
(757) 628-5566 Facsimile
gbryant@wilsav.com
bspain@wilsav.com
bfogerty@wilsav.com

I-1792810.1