IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| EVONNE BRYANT, *et al.*, <br>     Plaintiffs, <br><br>     v. <br><br> CITY OF NORFOLK, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 2:20CV26 (RCY) |

**ORDER**

This matter is before the Court on Defendant's Notice of Withdrawal by NHRA of Expert Report of Orlando Cabrera, (ECF No. 246). In light of this Notice, the Court DENIES Plaintiffs' Motion to Exclude the Expert Opinions and Testimony of Orlando Cabrera (ECF No. 238) as MOOT.

The Clerk is directed to provide a copy of this Order to all counsel of record.

It is so ORDERED.

                                                                                                    /s/ <br>
                                                                         Roderick C. Young <br>
                                                                         United States District Judge

Richmond, Virginia <br>
Date:  September 13, 2021