UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| EVONNE BRYANT, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CITY OF NORFOLK, VIRGINIA, et al., )<br>)<br>Defendants. )<br>_____) | No. 2:20cv00026-RCY-RJK |

## NOTICE PURSUANT TO LOCAL RULE 7(E)

Pursuant to Local Rule 7(E) and this Court's "Procedure for Civil Motions," the undersigned states as follows.

On August 27, 2021, Defendants U.S. Department of Housing and Urban Development and Marcia Fudge, Secretary of U.S. Department of Housing and Urban Development, in her official capacity (together, "HUD"), filed a Motion for Summary Judgment on Plaintiffs' claim, pursuant to the Administrative Procedure Act, 5 U.S.C. § 706(2)(A) (the "APA Claim"), against HUD and a memorandum in support thereof. *See* ECF Nos. 217, 218. HUD's Motion for Summary Judgment is fully briefed. *See* ECF Nos. 259, 270.

On August 27, 2021, Plaintiffs filed a Motion for Summary Judgment on Plaintiffs' APA claim and a and a memorandum in support thereof. *See* ECF Nos. 223, 227. Plaintiffs' Motion for Summary Judgment is fully briefed. *See* ECF Nos. 254, 274.

HUD believes that the facts and legal arguments are adequately set forth in the pleadings now before the Court and that oral argument would not aid the decisional process. Accordingly, HUD requests that both its and Plaintiffs' Motions for Summary Judgment on Plaintiffs' APA claim  (ECF Nos. 217, 223) be decided on the written submissions.

1

Plaintiffs have notified HUD that Plaintiffs will be requesting oral argument on these Motions.

Dated: September 27, 2021

Respectfully submitted,

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By:  /s/ _____
Jonathan T. Lucier
VSB No. 81303
Attorney for the Federal Defendants
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 771-2316
Email: jonathan.lucier@usdoj.gov

Of Counsel:
Amy Brown
    Deputy General Counsel for Housing Programs
Brian Dupré
    Associate General Counsel for Litigation
Batina Wills-Washington
    Assistant General Counsel for
    Assisted Housing & Civil Rights Litigation
Christopher Ligatti
    Trial Attorney
U.S. Department of Housing and Urban
    Development
451 Seventh Street SW
Washington, DC  20410

2

## **CERTIFICATE OF SERVICE**

      I certify that on September 27, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

      /s/_____
Jonathan T. Lucier
VSB No. 81303
Attorney for the Federal Defendants
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 771-2316
Email: jonathan.lucier@usdoj.gov