UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

EVONNE BRYANT, et al.,

    Plaintiff,

v.                                       Civil Action No. 2:20-cv-26

CITY OF NORFOLK VIRGINIA, et al.,

## THIRD SETTLEMENT CONFERENCE ORDER

A further settlement conference is scheduled in this case for Tuesday, October 26, 2021, at 9:30 a.m. using the remote access program Zoom. The parties may, but are not required to, submit to Chambers *ex parte* an updated settlement memorandum by **Noon on Monday, October 25, 2021**. Do not serve a copy of the letter on the opposing party unless you wish to disclose your settlement position.

The memorandum can be emailed to mary_beth_kopso@vaed.uscourts.gov and angilee_dimartino@vaed.uscourts.gov.

The Clerk is **DIRECTED** to forward a copy of this order to all counsel of record.

                                                               Lawrence R. Leonard
                                                             United States Magistrate Judge

Norfolk, Virginia
October 21, 2021