IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __2:20-cv-00026__, Case Name __Bryant v. City of Norfolk, Virginia__
Party Represented by Applicant: __All Plaintiffs__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Steven F. Barley__
Bar Identification Number __9012180029__     State __Maryland__
Firm Name __Hogan Lovells US LLP__
Firm Phone # __410-659-2700__     Direct Dial # __410-659-2724__     FAX # __410-659-2701__
E-Mail Address __steve.barley@hoganlovells.com__
Office Mailing Address __Hogan Lovells US LLP 100 International Drive Suite 2000 Baltimore, Maryland 21202__

Name(s) of federal court(s) in which I have been admitted __USDC-Maryland, 3d Circuit Court of Appeals, 4th Circuit Court of Appeals__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_/s/_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_Stanley J. Brown_    __10/20/2021__
(Signature)    (Date)
Stanley J. Brown    __40339__
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __X__ or Exemption Granted _____

The motion for admission is GRANTED __X__ or DENIED _____

/s/ RCY
Roderick C. Young
United States District Judge
(Judge's Signature)    __October 21, 2021__
                       (Date)